COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER OF ABATEMENT

Appellate case name:   Juan Lorenzo Gonzalez and Malissa Moore, Individually and as next friend of J.G., J.G., J.G. and A.G., Minors v. Regulatory Consultants, Inc.

Appellate case number:   01-15-01113-CV

Trial court case number:   2013-72417A

Trial court:   281st District Court of Harris County

On December 23, 2015, the appellants, Juan Lorenzo Gonzalez and Malissa Moore, Individually and as next friend of J.G., J.G., J.G. and A.G., Minors, filed a notice of appeal from the order granting the appellee's motion for summary judgment, signed by the trial court on November 25, 2015, in this personal injury action. *See* TEX. R. APP. P. 26.1(a)(1). On August 10, 2016, appellants and appellee, Regulatory Consultants, Inc. ("RCI"), filed this agreed motion to abate this appeal for settlement. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a)(2), 42.1(a)(2)(C). Appellants state that, because they have recently settled their claims against one of the two defendants remaining in the underlying proceeding, they plan on moving to dismiss this appeal against appellee RCI in this Court following a minor settlement hearing to be scheduled by the trial court. Thus, the parties jointly request abatement of this appeal for thirty days to permit proceeding in the trial court to effectuate the parties' settlement agreement. *See id.* 42.1(a)(2)(C).

Accordingly, the Court **grants** the agreed motion and **abates** the appeal and **remands** the case to the trial court for further proceedings. *See* TEX. R. APP. P. 42.1(a)(2)(C). This appeal is abated, treated as a closed case, and removed from this Court's active docket. The appeal will be reinstated on this Court's active docket thirty days after the date of this order, unless either party files a motion to extend the abatement or to reinstate this appeal with the Clerk of this Court.

It is so ORDERED.

Judge's signature: /s/ Evelyn V. Keyes
          ☒ Acting individually

Date: August 18, 2016